## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

PARIS LAVAR GANTZ,  :  No. 152 MM 2018
:
Petitioner  :
:
:
:
v.  :
:
:
:
PA DOC, S.C.I. ROCKVIEW,  :
SUPERINTENDENT MARK GARMAN,  :
:
Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the "Motion/Declaration for Writ: Mandamus for Relief/Remedy" is DENIED.